

OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

July 27, 2012

United States District Court
Southern District of Texas
FILED

JUL 3 0 2012

David J. Bradley, Clerk of Court

Clerk, United States District Court
Southern District, Brownsville Division
600 E. Harrison, Room 101
Brownsville, TX 78520

Re: *Ruben Gutierrez v. Rick Thaler, Dir., TDCJ-CID*
**Civil Action No. 1:09-cv-0022**

Dear Clerk:

Enclosed please find copies of the petitioner's state court records for the above referenced case, all contained on one CD. Please indicate the date of filing of these records on the enclosed copy of the letter and return it in the postage-paid envelope provided.

Sincerely yours,

JAY CLENDENIN
Assistant Attorney General
Postconviction Litigation Division
(512) 936-1600

JDC/cak
Enclosure

cc: Margaret Schmucker
Law Office of Margaret Schmucker
13706 Research Blvd. Suite 211-F
Austin, TX 78750
(Letter Only)

Mark Allen Alexander
Attorney at Law
4106 North 23rd Street
McAllen, TX 78504
(Letter Only)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*