United States District Court
Southern District of Texas
**ENTERED**
September 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RUBEN GUTIERREZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 1:09-CV-00022 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER

The Court is in receipt of Respondent Lorie Davis' Unopposed Motion to Strike and, Alternatively, Response to Federal Defender's Advisory. Dkt. No. 61. The Western District of Texas Capital Habeas Unit that filed the advisory (Dkt. No. 60) is not a party, has not been designated as a next friend to Petitioner Ruben Gutierrez, and has not sought leave to intervene in this lawsuit.

The Court, therefore, **GRANTS** Respondent's unopposed motion to strike. The Clerk will **STRIKE** Docket Entry No. 60 from the record.

The Court **DIRECTS** the Clerk of the Court to send a copy of this Order to Gutierrez by overnight delivery.

SIGNED this 14th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge